AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 2 4 2016

**SOUTHERN** DISTRICT OF **TEXAS**    David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Ignacio Ramirez-Mendoza

## CRIMINAL COMPLAINT

Case Number:    M-16-1782-M

IAE    YOB:    1979
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 23, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ignacio Ramirez-Mendoza was encountered by Border Patrol Agents near Sullivan City, Texas on September 23, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 23, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 18, 2015, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed *not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.* On September 4, 2013 the defendant was convicted of 8 USC 1326 Illegal Re-entry and sentenced to ten (10) months confinement with twenty-four (24) months Supervised Release Term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**September 24, 2016**    Jerrico Leason    Senior Patrol Agent

**Peter E. Ormsby**    , **U.S. Magistrate Judge**
Name and Title of Judicial Officer    Signature of Judicial Officer